**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: TENNESSEE SEX OFFENDER REGISTRY | ) ) ) ) | NO. 3:26-cv-00300 |
| | | JUDGE CAMPBELL |

## ORDER

The Court will hold a status conference on April 14, 2026, at 1:30 p.m. in Courtroom 6B regarding all pending cases, including those that may be stayed or administratively closed, associated with the Tennessee Sex Offender Registry. A separate order will enter regarding topics that will be discussed.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE