ORDER: The motion (Doc. No. 12) is GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| IN RE: TENNESSEE SEX OFFENDER REGISTRY | ) ) ) ) | Case No. 3:26-cv-00300<br><br>Chief Judge Campbell |

**JOINT MOTION TO EXTEND DEADLINE FOR STATUS UPDATE**

SORA Plaintiffs and Defendants respectfully request a one-week extension of their deadline to update the Court about the status of their attempts at collaboration. Following the last status conference in the master case, the Court ordered the parties to "continue working together" and to "file a joint status update on or before August 14, 2026." Dkt. 8, at 2. Since the last status conference, counsel for the parties have further discussed the possibility of agreed injunctive relief, a method for efficiently litigating the cases, and a plan for discovery. While those discussions have been fruitful, the parties have so far been unable to reach agreement. Accordingly, the parties intend to submit their respective assessments of "the current standing of the discussion[,] explain[ing] in detail where the impasse lies." Dkt. 8, at 2. The parties desire an additional week to submit their statements.

Accordingly, the parties jointly request an extension to August 21, 2026, to inform the Court of the status of their attempts at collaboration and present their proposals on the requested topics.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Cody N. Brandon*
CODY N. BRANDON (BPR# 037504)
Deputy Attorney General
Constitutional Defense Division